No. 81–914.  STEPHENS v. UNITED STATES ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 81–916.  JOHNSON v. WYRICK, WARDEN, MISSOURI STATE PENITENTIARY.  C. A. 8th Cir.  Certiorari denied.

No. 81–918.  CUT RATE PLASTIC HANGERS, INC. v. WARBERN PACKAGING INDUSTRIES, INC.  C. A. 2d Cir. Certiorari denied.

No. 81–931.  ALEXANDER v. KESSLER, JUDGE, SUPERIOR COURT OF THE DISTRICT OF COLUMBIA.  Ct. App. D. C. Certiorari denied.

No. 81–947.  TREBBE ET AL. v. COLORADO.  Ct. App. Colo.  Certiorari denied.

No. 81–951.  GOLDSTEIN ET AL. v. GARRITY, TRUSTEE OF DEBTOR.  C. A. 2d Cir.  Certiorari denied.

No. 81–957.  RUGGIRELLO v. MINTZES.  C. A. 6th Cir. Certiorari denied.

No. 81–958.  GUZMAN ET AL. v. UNITED STATES ET AL. C. A. 5th Cir.  Certiorari denied.

No. 81–966.  PERCY v. DAUBERT ET AL.  C. A. 7th Cir. Certiorari denied.

No. 81–972.  WINFIELD v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 81–980.  HATCH v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 81–983.  CONLON v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.